UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| RONALD R. CLARK, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | Case No.4:06CV00119-HEA |
| ) | |
| ELITE JANITORIAL MAINTENANCE ) | |
| SUPPLY COMPANY, ) | |
| ) | |
| Defendant. ) | |

## **ORDER**

This matter is before the Court on its own motion. On August 22, 2007, the Court entered an Order requiring Plaintiff's estate to file a substitution of parties. No such substitution has been filed.

Accordingly,

**IT IS HEREBY ORDERED** that this matter is dismissed without prejudice for failure to prosecute.

Dated this 2nd day of October, 2007.

_____
HENRY EDWARD AUTREY
UNITED STATES DISTRICT JUDGE